Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:    (818) 986-9698

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JANIS BENKLE, JOHN KOVAK, EDWARD KYLE, JOE MCGLOTHIN, FERNANDO AVILES, BARRY KIERY, AND MICHAEL KELDER, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>FORD MOTOR COMPANY,<br><br>            Defendant. | Case No.:  8:16-cv-01569-DOC-JCG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Janis Benkle, John Kovak, Edward Kyle, Joe McGlothin, Fernando Aviles, Barry Kiery, and Michael Kelder ("Settled Plaintiffs") and Defendant Ford Motor Company ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 8, 2018, Settled Plaintiffs filed a Notice of Settlement with this Court (Dkt No. 107);

WHEREAS, this Court, on June 8, 2018, entered an Order dismissing the Settled Plaintiffs' case without prejudice (Dkt. No. 108);

WHEREAS, settlement has been consummated by the parties;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to dismissal of the entire action, pursuant to the parties settlement agreement, with prejudice.

IT IS SO STIPULATED               BARON & BUDD, P.C.

Dated: August 21, 2018

By:  /s / Mark Pifko

Mark Pifko

Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

David S. Stellings (pro hac vice)
dstellings@lchb.com
Jason L. Lichtman (pro hac vice)
jlichtman@lchb.com

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | **LIEFF CABRASER HEIMANN &** |
| 2 | **BERNSTEIN, LLP** |
|   | 250 Hudson Street, 8th Floor |
| 3 | New York, NY 10013 |
| 4 | Telephone: (212) 355-9500 |
| 5 | Fabrice Vincent (SBN 160780) |
|   | fvincent@lchb.com |
| 6 | **LIEFF CABRASER HEIMANN &** |
| 7 | **BERNSTEIN, LLP** |
|   | 275 Battery Street, 29th Floor |
| 8 | San Francisco, CA 94111 |
| 9 | Telephone: (415) 956-1000 |
|   | Facsimile: (415) 956-1008 |
| 10 | |
| 11 | Andrew R. Kaufman (pro hac vice) |
|    | akaufman@lchb.com |
| 12 | **LIEFF CABRASER HEIMANN &** |
| 13 | **BERNSTEIN, LLP** |
|    | 150 Fourth Avenue North, Suite 1650 |
| 14 | Nashville, TN 37219 |
| 15 | Telephone: (615) 313-9000 |
|    | Facsimile: (615) 313-9965 |
| 16 | |
| 17 | Paul J. Geller (pro hac vice) |
|    | pgeller@rgrdlaw.com |
| 18 | Mark J. Dearman (pro hac vice) |
| 19 | mdearman@rgrdlaw.com |
|    | Stuart A. Davidson (pro hac vice) |
| 20 | sdavidson@rgrdlaw.com |
| 21 | Jason H. Alperstein (pro hac vice) |
|    | jalperstein@rgrdlaw.com |
| 22 | **ROBBINS GELLER RUDMAN &** |
| 23 | **DOWD LLP** |
|    | 120 East Palmetto Park Road, Suite 500 |
| 24 | Boca Raton, FL 33432 |
| 25 | Telephone: (561) 750-3000 |
|    | Facsimile: (561) 750-3364 |
| 26 | |
| 27 | *Counsel for Plaintiffs* |
| 28 | |

2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Dated: August 21, 2018 | MCGUIREWOODS LLP |
| | By: /s/ Derek H. Swanson |
| | Derek H. Swanson |
| | |
| | Derek H. Swanson (pro hac vice) |
| | dswanson@mcguirewoods.com |
| | George B. Davis |
| | gdavis@mcguirewoods.com |
| | **MCGUIREWOODS LLP** |
| | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, VA 23219 |
| | Telephone: (804) 775-1081 |
| | Facsimile: (804) 698-2258 |
| | |
| | Joan S. Dinsmore (SBN 245629) |
| | jdinsmore@mcguirewoods.com |
| | **MCGUIREWOODS LLP** |
| | 434 Fayetteville Street |
| | Suite 2600 |
| | Raleigh, NC 27601 |
| | Telephone: (919) 755-6693 |
| | Facsimile: (919) 755-6592 |
| | |
| | Laura G Brys |
| | lbrys@mcguirewoods.com |
| | MCGUIREWOODS LLP |
| | 1800 Century Park East 8th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: 310-315-8226 |
| | Facsimile: 310-956-3167 |
| | |
| | *Counsel for Defendant Ford Motor Company* |

**Local Rule 5-4.3.4 Attestation**

I attest that that the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 21, 2018                    BARON & BUDD, P.C.

                                          By:  /s / Mark Pifko
                                               Mark Pifko