# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANIS BENKLE, JOHN KOVAK, EDWARD KYLE, JOE MCGLOTHIN, FERNANDO AVILES, BARRY KIERY, AND MICHAEL KELDER, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No. 8:16-cv-01569-DOC-JCG<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** [109] |

ORDER

## ORDER

Upon consideration of the parties' stipulation, and for good cause shown, this entire action is dismissed, pursuant to the parties settlement agreement, with prejudice.

**IT IS SO ORDERED**

Dated: August 22, 2018

*David O. Carter*

Hon. David O. Carter
United States District Judge